UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-140

| | | |
|---|---|---|
| **BENJAMIN F. CLARK AND EDNA W. CLARK,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CITIFINANCIAL SERVICING, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

     **THIS MATTER** is before the court on defendant's Motion to Enforce Settlement Agreement. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

     **IT IS, THEREFORE, ORDERED** that defendant's Motion to Enforce Settlement Agreement (#15) be calendared for hearing on the next available civil motions day.

Signed: October 16, 2017

Max O. Cogburn Jr
United States District Judge